UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 14 2012

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CESAR ENRIQUE SANCHEZ ,<br><br>               Defendant. | CASE NO. 12cr4702-SH<br><br>**JUDGMENT OF DISMISSAL** |
|---|---|

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States (Felony)

IT IS THEREFORE ADJUDGED that the defendant ~~is~~ hereby discharged.

DATED: 12/14/12

Karen S. Crawford
U.S. Magistrate Judge